AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| William Ray KISOR | ) | Case No. |
| | ) | 2:24-mj-545 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of November 14, 2024 in the county of Fairfield in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Attempted Enticement of a Minor |

This criminal complaint is based on these facts:

See attached Affadavit by HSI SA Edward (Ted) La Vigne

☐ Continued on the attached sheet.

*Complainant's signature*

HSI Special Agent Edward (Ted) La Vigne
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 14, 2024

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio